No. 76–866.   ONG *v.* UNITED STATES.   C. A. 2d Cir.   Certiorari denied.

No. 76–896.   JONES *v.* UNITED STATES.   C. A. 8th Cir.   Certiorari denied.

No. 76–5454.   HALL *v.* UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 76–5463.   SZYMANSKI *v.* MICHIGAN.   Sup. Ct. Mich.   Certiorari denied.

No. 76–5474.   JOHNSON *v.* UNITED STATES.   C. A. 10th Cir.   Certiorari denied.

No. 76–5476.   CLYNE *v.* UNITED STATES.   C. A. 5th Cir.   Certiorari denied.

No. 76–5485.   SELLERS *v.* UNITED STATES.   C. A. 4th Cir.   Certiorari denied.

No. 76–5496.   DE KAPLANY *v.* ENOMOTO, CORRECTIONS DIRECTOR.   C. A. 9th Cir.   Certiorari denied.

No. 76–5501.   MORENO-ORTIZ *v.* UNITED STATES.   C. A. 4th Cir.   Certiorari denied.

No. 76–5518.   BOSWELL *v.* UNITED STATES.   C. A. 3d Cir.   Certiorari denied.

No. 76–5521.   ROSE *v.* UNITED STATES; and
No. 76–5543.   BERRY *v.* UNITED STATES.   C. A. 3d Cir.   Certiorari denied.

No. 76–5533.   BYRAM *v.* UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 76–5534.   BAGLEY *v.* UNITED STATES.   C. A. 5th Cir.   Certiorari denied.

No. 76–5536.   HUTTON *v.* UNITED STATES.   C. A. 10th Cir.   Certiorari denied.